1  DANIEL B. ASIMOW (SBN 165661)
   daniel.asimow@arnoldporter.com
2  **ARNOLD & PORTER KAYE SCHOLER LLP**
   Three Embarcadero Center, 10th Floor
3  San Francisco, CA 94111
   Telephone:    (415) 471-3100
4  Facsimile:    (415) 471-3400

5  SONIA K. PFAFFENROTH (SBN 223984)
   MATTHEW WOLF (*pro hac vice* forthcoming)
6  MICHAEL B. BERNSTEIN (*pro hac vice* forthcoming)
   sonia.pfaffenroth@arnoldporter.com
7  matthew.wolf@arnoldporter.com
   michael.b.bernstein@arnoldporter.com
8  **ARNOLD & PORTER KAYE SCHOLER LLP**
   601 Massachusetts Ave., N.W.
9  Washington, DC 20001
   Telephone:    (202) 942-5000
10 Facsimile:    (202) 942-5999

11 *Attorneys for Defendant, THE KROGER CO.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE WHALEN, *et al.*, | Case No.: 3:23-cv-00459-VC |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1** |
| v. | |
| THE KROGER CO., ALBERTSONS COMPANIES, INC., and CERBERUS CAPITAL MANAGEMENT, L.P., | |
| Defendants. | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 6-1(a), the Plaintiffs and Defendants The Kroger Co. ("Kroger") and Albertsons Companies, Inc. ("Albertsons") (collectively, the "Parties") hereby stipulate that the deadline for Albertsons and Kroger to respond to Plaintiffs' Complaint shall be extended 45 days, from March 1, 2023 to April 17, 2023.  In support of the stipulation, the Parties state as follows:

1. On February 2, 2023, Plaintiffs Christine Whalen, Gabriel Garavanian, Sondra K. Russell, Pamela Faust, Lisa McCarthy, Katherine R. Arcell, June Stansbury, Timothy Niebor, Clyde D. Stensrud, Len Marazzo, Yvonne Jocelyn Gardner, Pamela S. Ward, Brenda K. Davis, Jose M. Brito, Don Freeland, Harry Garavanian, Bill Rubinsohn, Valarie Ann Jolly, Michael C. Malaney, Carolyn Fjord, Jan-Marie Brown, Gary Talewsky, Deborah M. Pulfer, Donna Fry, and Rosemary D'Augusta (together "Plaintiffs") filed a complaint (the "Complaint") against Kroger, Albertsons, and Cerberus Capital Management, L.P. ("Cerberus") in Case No. 3:23-cv-459.  The two-count antitrust Complaint is based on a proposed merger between Albertsons and Kroger, and a dividend that Albertsons recently issued to its shareholders, including Cerberus.  Compl. ¶ 1.

2. Under Fed. R. Civ. P. 12(a)(1), Albertsons' and Kroger's responses to the Complaint are currently due March 1, 2023.  It appears the third defendant, Cerberus, has not yet been served.  There are no other deadlines that have been fixed by the Court.

3. The Parties stipulate to this extension to allow adequate opportunity to meet and confer about this case, including concerning its intersection with other proceedings involving the merger agreement between Kroger and Albertsons.  Because this case is still in its early stages, one defendant has not yet been served, and there have been no substantive filings in this court, granting this stipulation will not prejudice any party.

4. Accordingly, pursuant to Civil Local Rule 6-1(a), the Parties hereby stipulate that the deadline for Albertsons and Kroger to respond to the Complaint shall be extended by 45 days.

5. Pursuant to this stipulation, Albertsons' and Kroger's responses to the Complaint shall be due on April 17, 2023.

| | |
|---|---|
| Dated: February 23, 2023 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/ *Daniel B. Asimow*<br>DANIEL B. ASIMOW (SBN 165661)<br>daniel.asimow@arnoldporter.com<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 471-3100<br>Facsimile:  (415) 471-3400<br><br>SONIA K. PFAFFENROTH (SBN 223984)<br>MATTHEW WOLF (*pro hac vice* forthcoming)<br>MICHAEL B. BERNSTEIN (*pro hac vice* forthcoming)<br>sonia.pfaffenroth@arnoldporter.com<br>matthew.wolf@arnoldporter.com<br>michael.b.bernstein@arnoldporter.com<br>601 Massachusetts Ave., N.W.<br>Washington, DC 20001<br>Telephone:  (202) 942-5000<br>Facsimile:  (202) 942-5999<br><br>*Attorneys for Defendant, THE KROGER CO.*<br><br>**DEBEVOISE & PLIMPTON LLP**<br><br>By: /s/ *John Neukom*<br>JOHN (JAY) NEUKOM (SBN 275887)<br>jneukom@debevoise.com<br>650 California Street<br>San Francisco, CA 94108<br>Telephone:  (415) 738-5700<br><br>EDWARD D. HASSI (*pro hac vice* pending)<br>LEAH S. MARTIN (*pro hac vice* forthcoming)<br>thassi@debevoise.com<br>lmartin@debevoise.com<br>801 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone:  (202) 383-8000<br><br>SHANNON R. SELDEN (*pro hac vice* pending)<br>J. ROBERT ABRAHAM (*pro hac vice* pending)<br>srselden@debevoise.com<br>jrabraham@debevoise.com<br>66 Hudson Boulevard<br>New York, NY 10001<br>Telephone:  (212) 909-6000<br><br>*Attorneys for Defendant, ALBERTSONS COMPANIES, INC.* |

**ALIOTO LAW FIRM**

By:  /s/ *Joseph M. Alioto*
JOSEPH M. ALIOTO (SBN 42680)
jmalioto@aliotolaw.com
TATIANA V. WALLACE (SBN 233939)
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:    (415) 434-8900

**LAW OFFICES OF LAWRENCE G. PAPALE**
LAWRENCE G. PAPALE (SBN 67068)
lgpapale@papalelaw.com
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone:    (707) 963-1704

**JOSEPH SAVERI LAW FIRM, LLP**
JOSEPH R. SAVERI (SBN 130064)
STEVEN N. WILLIAMS (SBN 175489)
CADIO ZIRPOLI (SBN 179108)
DAVID H. SEIDEL (SBN 307135)
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
dseidel@saverilawfirm.com
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800

**LAW OFFICE OF THERESA D. MOORE PC**
THERESA MOORE (SBN 99978)
tmoore@aliotolaw.com
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:    (415) 613-1414

**THE VEEN FIRM**
JOSEPHINE ALIOTO (SNB 282989)
jalioto@veenfirm.com
20 Haight Street
San Francisco CA 94102
Telephone:    (415) 673-4800

**NEDEAU LAW PC**
CHRISTOPHER A. NEDEAU (SBN 81297)
cnedeau@nedeaulaw.net
154 Baker Street
San Francisco, CA 94117-2111
Telephone:    (415) 516-4010

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

I, Daniel B. Asimow, am the ECF user whose ID and password are being utilized to electronically file this **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1**. Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED:  February 23, 2023.

                                        /s/ *Daniel B. Asimow*
                                        DANIEL B. ASIMOW