1   DANIEL B. ASIMOW (SBN 165661)
    daniel.asimow@arnoldporter.com
2   **ARNOLD & PORTER KAYE SCHOLER LLP**
    Three Embarcadero Center, 10th Floor
3   San Francisco, CA 94111
    Telephone:     (415) 471-3100
4   Facsimile:     (415) 471-3400

5   SONIA K. PFAFFENROTH (SBN 223984)
    MATTHEW WOLF (*pro hac vice*)
6   MICHAEL B. BERNSTEIN (*pro hac vice*)
    sonia.pfaffenroth@arnoldporter.com
7   matthew.wolf@arnoldporter.com
    michael.b.bernstein@arnoldporter.com
8   **ARNOLD & PORTER KAYE SCHOLER LLP**
    601 Massachusetts Ave., N.W.
9   Washington, DC 20001
    Telephone:     (202) 942-5000
10  Facsimile:     (202) 942-5999

11  *Attorneys for Defendant, THE KROGER CO.*

12

13

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16

17  CHRISTINE WHALEN, *et al.*,                 Case No.: 3:23-cv-00459-VC

18              Plaintiffs,                     **STIPULATED REQUEST FOR AN
                                                ORDER MODIFYING BRIEFING
19          v.                                  SCHEDULE AND HEARING DATE FOR
                                                PLAINTIFFS' MOTION FOR
20  THE KROGER CO., ALBERTSONS                  PRELIMINARY INJUNCTION;
    COMPANIES, INC., and CERBERUS              [~~PROPOSED~~ ORDER]
21  CAPITAL MANAGEMENT, L.P.,

22              Defendants.

23

24

25

26

27

28

**STIPULATION**

Pursuant to Local Rule 6-2, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants The Kroger Co. ("Kroger") and Albertsons Companies, Inc. ("Albertsons") (collectively, the "Parties"), by and through their respective attorneys of record that, if the Court approves, the briefing schedule and hearing date for Plaintiffs' Motion for a Preliminary Injunction (ECF No. 28), filed March 23, 2023 ("PI Motion") shall be modified as follows: (1) Defendants' Opposition to Plaintiffs' PI Motion shall be due April 20, 2023; (2) Plaintiffs' Reply in Support of the PI Motion shall be due May 4, 2023; and (3) the PI Motion shall be heard on May 18, 2023, or as soon thereafter as the Court may deem appropriate.

In support of the stipulation, the Parties state as follows:

1.      On February 2, 2023, Plaintiffs Christine Whalen, Gabriel Garavanian, Sondra K. Russell, Pamela Faust, Lisa McCarthy, Katherine R. Arcell, June Stansbury, Timothy Niebor, Clyde D. Stensrud, Len Marazzo, Yvonne Jocelyn Gardner, Pamela S. Ward, Brenda K. Davis, Jose M. Brito, Don Freeland, Harry Garavanian, Bill Rubinsohn, Valarie Ann Jolly, Michael C. Malaney, Carolyn Fjord, Jan-Marie Brown, Gary Talewsky, Deborah M. Pulfer, Donna Fry, and Rosemary D'Augusta (together "Plaintiffs") filed a complaint (the "Complaint") against Kroger, Albertsons, and Cerberus Capital Management, L.P. ("Cerberus") in Case No. 3:23-cv-459.

2.      On February 23, 2023, the Parties entered into a stipulation extending the time for Kroger and Albertsons to answer or otherwise respond to the Complaint by 45 days, from March 1, 2023, to April 17, 2023.  The Parties have neither requested nor received any other extensions in this case, and this Court has not prohibited further extensions.

3.      The third defendant in this case, Cerberus, was served on March 27, 2023.  Under Federal Rule of Civil Procedure 12(a)(1), Cerberus's response to the Complaint is due April 17, 2023.  As of this filing, no attorney for Cerberus has made an appearance in this case.

4.      On March 23, 2023, Plaintiffs filed the PI Motion, which seeks an injunction prohibiting a proposed merger between Albertsons and Kroger and prohibiting and/or disgorging the payment of a dividend that Albertsons paid on January 20, 2023 to its shareholders, including Cerberus.  *See* PI Motion at 1.

STIP. REQUEST RE: PI MOTION BRIEFING SCHEDULE; [~~PROPOSED~~ ORDER]  NO. 3:23-cv-00459-VC

5.      Without the Court's approval of this stipulation, Defendants' oppositions to the PI Motion would be due April 6, 2023; Plaintiffs' Reply in Support of the PI Motion would be due April 13, 2023; and Plaintiffs' requested hearing date would be April 27, 2023.

6.      Kroger and Albertsons stated in an October 14, 2022, press release announcing that they had entered into an Agreement and Plan of Merger that the transaction is not expected to close until 2024.  Kroger reiterated this representation on its fourth quarter and full year 2022 earnings call on March 2, 2023.  Plaintiffs have requested that Kroger and Albertsons stipulate that the transaction will not close prior to July 1, 2023, to allow time for the Court to rule on Plaintiffs' Motion for Preliminary Injunction.  Consistent with the parties' previous statements that the transaction is not anticipated to close until 2024, Kroger and Albertsons hereby stipulate that the transaction will not close prior to July 1, 2023.

7.      The Parties stipulate to this modified briefing schedule and hearing date to allow adequate time to brief and prepare for the PI Motion.  In addition, because this case is still in its early stages, the transaction will not close prior to July 1, 2023, one defendant was only recently served, and the PI Motion is the only substantive filing in this court, granting this stipulation will not prejudice any party.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel and subject to Court approval, as follows:

1.      The proposed merger between Albertsons and Kroger will close no earlier than July 1, 2023;

2.      Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction shall be due no later than April 20, 2023;

3.      Plaintiffs' Reply in Support of the Motion for Preliminary Injunction shall be due no later than May 4, 2023; and

4.      The Motion for Preliminary Injunction shall be heard on May 18, 2023, or as soon thereafter as the Court may deem appropriate.

STIP. REQUEST RE: PI MOTION BRIEFING SCHEDULE; [PROPOSED ORDER]  NO. 3:23-cv-00459-VC

1

Dated:  March 29, 2023

**ARNOLD & PORTER KAYE SCHOLER LLP**

2

By:  /s/ Daniel B. Asimow

DANIEL B. ASIMOW (SBN 165661)
daniel.asimow@arnoldporter.com

3

Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

4

Telephone:     (415) 471-3100
Facsimile:      (415) 471-3400

5

6

SONIA K. PFAFFENROTH (SBN 223984)
MATTHEW WOLF (*pro hac vice*)

7

MICHAEL B. BERNSTEIN (*pro hac vice*)
sonia.pfaffenroth@arnoldporter.com

8

matthew.wolf@arnoldporter.com
michael.b.bernstein@arnoldporter.com

9

601 Massachusetts Ave., N.W.
Washington, DC 20001

10

Telephone:     (202) 942-5000
Facsimile:      (202) 942-5999

11

12

*Attorneys for Defendant, THE KROGER CO.*

13

**DEBEVOISE & PLIMPTON LLP**

14

By:  /s/ John Neukom

JOHN (JAY) NEUKOM (SBN 275887)
jneukom@debevoise.com

15

650 California Street
San Francisco, CA 94108

16

Telephone:     (415) 738-5700

17

EDWARD D. HASSI (*pro hac vice*)
LEAH S. MARTIN (*pro hac vice*)

18

thassi@debevoise.com
lmartin@debevoise.com

19

801 Pennsylvania Avenue, N.W.
Washington, DC 20004

20

Telephone:     (202) 383-8000

21

SHANNON R. SELDEN (*pro hac vice*)
J. ROBERT ABRAHAM (*pro hac vice*)

22

srselden@debevoise.com
jrabraham@debevoise.com

23

66 Hudson Boulevard
New York, NY 10001

24

Telephone:     (212) 909-6000

25

*Attorneys for Defendant, ALBERTSONS COMPANIES, INC.*

26

27

28

-3-

**ALIOTO LAW FIRM**

By:  /s/ Joseph M. Alioto
JOSEPH M. ALIOTO (SBN 42680)
jmalioto@aliotolaw.com
TATIANA V. WALLACE (SBN 233939)
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:    (415) 434-8900

**LAW OFFICES OF LAWRENCE G. PAPALE**
LAWRENCE G. PAPALE (SBN 67068)
lgpapale@papalelaw.com
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone:    (707) 963-1704

**JOSEPH SAVERI LAW FIRM, LLP**
JOSEPH R. SAVERI (SBN 130064)
STEVEN N. WILLIAMS (SBN 175489)
CADIO ZIRPOLI (SBN 179108)
DAVID H. SEIDEL (SBN 307135)
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
dseidel@saverilawfirm.com
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800

**LAW OFFICE OF THERESA D. MOORE PC**
THERESA MOORE (SBN 99978)
tmoore@aliotolaw.com
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:    (415) 613-1414

**THE VEEN FIRM**
JOSEPHINE ALIOTO (SNB 282989)
jalioto@veenfirm.com
20 Haight Street
San Francisco CA 94102
Telephone:    (415) 673-4800

**NEDEAU LAW PC**
CHRISTOPHER A. NEDEAU (SBN 81297)
cnedeau@nedeaulaw.net
154 Baker Street
San Francisco, CA 94117-2111
Telephone:    (415) 516-4010

*Attorneys for Plaintiffs*

-4-

STIP. REQUEST RE: PI MOTION BRIEFING SCHEDULE; [~~PROPOSED~~ ORDER]  NO. 3:23-cv-00459-VC

**SIGNATURE ATTESTATION**

I, Daniel B. Asimow, am the ECF user whose ID and password are being utilized to electronically file this **STIPULATED REQUEST FOR AN ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED ORDER]**.  Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED:  March 29, 2023.

/s/ Daniel B. Asimow
DANIEL B. ASIMOW

STIP. REQUEST RE: PI MOTION BRIEFING SCHEDULE; [~~PROPOSED~~ ORDER]  NO. 3:23-cv-00459-VC

**[PROPOSED] ORDER**

Having considered the parties' stipulation, the court hereby ORDERS that the proposed merger between Kroger and Albertsons will not close prior to July 1, 2023; Kroger and Albertsons' responses to the Complaint shall be due April 17, 2023; Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction shall be due April 20, 2023; Plaintiffs' Reply in Support of the Motion for Preliminary Injunction shall be due May 4, 2023; and the Motion for Preliminary Injunction shall be heard on May 18, 2023.

**IT IS SO ORDERED.**

DATED:     April 3, 2023

HONORABLE VINCE CHHABRIA
United States District Judge