


1  John (Jay) Neukom (SBN 275887)
   jneukom@debevoise.com
2  **DEBEVOISE & PLIMPTON LLP**
3  650 California Street
   San Francisco, CA 94108
4  Telephone: (415) 738-5700

5  Edward D. Hassi (*pro hac vice*)
   Leah S. Martin (*pro hac vice*)
6  thassi@debevoise.com
   lmartin@debevoise.com
7  **DEBEVOISE & PLIMPTON LLP**
   801 Pennsylvania Avenue, N.W.
8  Washington, DC 20004
   Telephone: (202) 383-8000
9
   Shannon R. Selden (*pro hac vice*)
10 J. Robert Abraham (*pro hac vice*)
   srselden@debevoise.com
11 jrabraham@debevoise.com
   **DEBEVOISE & PLIMPTON LLP**
12 66 Hudson Boulevard
   New York, NY 10001
13 Telephone: (212) 909-6000

14 *Attorneys for Defendant Albertsons Companies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christine Whalen, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>Kroger Co., Albertsons Companies, Inc., and Cerberus Capital Management, L.P.,<br><br>        Defendants. | Case No. 3:23-cv-00459-vc<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT ALBERTSONS COMPANIES, INC.'S MOTION TO DISMISS**<br><br>Date:    May 18, , 2023<br>Time:    10:00 a.m.<br>Place:   Courtroom 4 - 17th Floor<br>Judge:   Hon. Vince Chhabria |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Rule of Evidence 201, Defendant Albertsons Companies, Inc. ("Albertsons") hereby respectfully requests that the Court take judicial notice of the documents listed below. A true and accurate copy of these documents are attached as exhibits to the accompanying Declaration of Edward D. Hassi in Support of Defendant Albertsons' Motion to Dismiss.

1. **Exhibit A:** Albertsons' Form 10-K for Fiscal Year 2021, filed with the Securities and Exchange Commission ("SEC") on April 26, 2022.

2. **Exhibit B:** Albertsons' Form 8-K, filed with the SEC on April 11, 2023.

3. **Exhibit C:** Albertsons' Schedule 14C Information Statement, filed with the SEC on January 24, 2023.

4. **Exhibit D:** Albertsons' Form 8-K, filed with the SEC on October 14, 2022, along with its Exhibit 2.1, the Merger Agreement between Albertsons and Kroger.

5. **Exhibit E:** Complaint filed in the District Court for the District of Columbia on November 2, 2022, in *District of Columbia v. The Kroger Co.* (hereinafter, the "D.D.C. Litigation"), No. 1:22-cv-03357-CJN (D.D.C.).

6. **Exhibit F:** Complaint filed in the King County Superior Court on November 1, 2022, in *Washington v. The Kroger Co.*, Case No. 22-2-18046-3 SEA (Wash. Super. Ct.).

7. **Exhibit M**: Notice from Plaintiffs in the D.D.C. Litigation voluntarily dismissing the Complaint, filed on February 24, 2023.

8. **Exhibit N**: Plaintiffs' [Redacted] Memorandum of Law in Support of Motion for a Preliminary Injunction in the D.D.C. Litigation, filed on December 1, 2022.

9. **Exhibit O:** Albertsons' Form 10-Q, filed with the SEC on October 19, 2022.

Because the authenticity of these documents is not subject to reasonable dispute, the court may take judicial notice of and consider them in connection with Albertsons' motion to dismiss. *See Northstar Fin. Advisors, Inc. v. Schwab Invs.*, 781 F.Supp.2d 926, 942 (N.D. Cal. 2011),

When reviewing a motion to dismiss for failure to state a claim, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).

"It is well-established that courts may take judicial notice of SEC filings." *In re New Century*, 588 F. Supp. 2d 1206, 1219 (C.D. Cal. 2008) (citing *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006)); *see also In re Copper Mountain Sec. Litig.*, 311 F. Supp. 2d 857, 864-64 (N.D. Cal. 2004) (taking judicial notice of various SEC filings). Exhibits A, B, C, D, and O are all public SEC filings that are "central" to Plaintiffs' claims and "not subject to reasonable dispute" and thus properly subject to judicial notice. *In re New Century*, 588 F. Supp. 2d at 1219 (citations omitted).

Moreover, "[c]ourts may take judicial notice of public records, including court records from another case." *Almont Ambulatory Surgery Ctr., LLC v. UnitedHealth Grp. Inc.*, 99 F. Supp. 3d 1110, 1125 (C.D. Cal. 2015) (citing *United States v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004)). The remainder of the documents listed above—Exhibits E, F, M, and N—are publicly-filed court records in cases raising substantially similar allegations and seeking to enjoin the special dividend payment, and are likewise properly the subject of judicial notice.

## CONCLUSION

For the foregoing reasons, Albertsons respectfully requests that the Court take judicial notice of the documents listed above and consider them in connection with Albertsons' pending motion to dismiss.

| | |
|---|---|
| Dated: April 12, 2023 | Respectfully submitted, |
| | By: /s/ *Edward D. Hassi* |
| | Edward D. Hassi (*pro hac vice*) |
| | |
| | John (Jay) Neukom (SBN 275887) |
| | jneukom@debevoise.com |
| | **DEBEVOISE & PLIMPTON LLP** |
| | 650 California Street |
| | San Francisco, CA 94108 |
| | Telephone: (415) 738-5700 |
| | |
| | Edward D. Hassi (*pro hac vice*) |
| | Leah S. Martin (*pro hac vice*) |
| | thassi@debevoise.com |
| | lmartin@debevoise.com |
| | **DEBEVOISE & PLIMPTON LLP** |
| | 801 Pennsylvania Avenue, N.W. |
| | Washington, DC 20004 |
| | Telephone: (202) 383-8000 |
| | |
| | Shannon R. Selden (*pro hac vice*) |
| | J. Robert Abraham (*pro hac vice*) |
| | srselden@debevoise.com |
| | jrabraham@debevoise.com |
| | **DEBEVOISE & PLIMPTON LLP** |
| | 66 Hudson Boulevard |
| | New York, NY 10001 |
| | Telephone: (212) 909-6000 |
| | |
| | *Attorneys for Defendant Albertsons Companies, Inc.* |

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 12, 2023, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-1. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-1 to accept that Notice as service of this document.

Dated: April 12, 2023

/s/ Edward D. Hassi
Edward D. Hassi (*pro hac vice*)