John (Jay) Neukom (SBN 275887)
jneukom@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700

Edward D. Hassi (*pro hac vice*)
Leah S. Martin (*pro hac vice*)
thassi@debevoise.com
lmartin@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 383-8000

Shannon R. Selden (*pro hac vice*)
J. Robert Abraham (*pro hac vice*)
srselden@debevoise.com
jrabraham@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

*Attorneys for Defendant Albertsons Companies, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINE WHALEN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE KROGER CO., ALBERTSONS COMPANIES, INC., AND CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>    Defendants. | CASE NO. 3:23-CV-459-VC<br><br>**ALBERTSONS COMPANIES, INC.'S NOTICE OF JOINDER IN THE KROGER CO.'S MOTION TO DISMISS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Albertsons Companies, Inc. ("Albertsons") hereby joins in The Kroger Co.'s ("Kroger") Motion to Dismiss as to Count I, Plaintiffs' Clayton Act Section 7 claim regarding the proposed merger between Kroger and Albertsons, filed April 12, 2023 (Dkt. No. 40), set for hearing before the Court on May 18, 2023 at 10:00 a.m. in the courtroom of the Honorable Vince Chhabria, located at 450 Golden Gate Avenue, San Francisco, CA 94102, 17th Floor, Courtroom 4.

Dated: April 12, 2023

By: /s/Edward D. Hassi
Edward D. Hassi (*pro hac vice*)

John (Jay) Neukom (SBN 275887)
jneukom@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700

Edward D. Hassi (*pro hac vice*)
Leah S. Martin (*pro hac vice*)
thassi@debevoise.com
lmartin@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 383-8000

Shannon R. Selden (*pro hac vice*)
J. Robert Abraham (*pro hac vice*)
srselden@debevoise.com
jrabraham@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

*Attorneys for Defendant Albertsons Companies, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 12, 2023, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-1 to accept that Notice as service of this document.

Dated:  April 12, 2023

                                                                                   */s/ Edward D. Hassi*
                                                                                   Edward D. Hassi (*pro hac vice*)