John (Jay) Neukom (SBN 275887)
jneukom@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700

Edward D. Hassi (*pro hac vice*)
Leah S. Martin (*pro hac vice*)
thassi@debevoise.com
lmartin@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 383-8000

Shannon R. Selden (*pro hac vice*)
J. Robert Abraham (*pro hac vice*)
srselden@debevoise.com
jrabraham@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

*Attorneys for Defendant Albertsons Companies, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE WHALEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER CO., ALBERTSONS COMPANIES, INC., AND CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>Defendants. | CASE NO. 3:23-CV-459-VC<br><br>**ALBERTSONS COMPANIES, INC.'S NOTICE OF JOINDER IN DEFENDANT THE KROGER CO.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:     May 18, 2023<br>Time:    10:00 a.m.<br>Place:   Courtroom 5 - 17th Floor<br>Judge:  Hon. Vince Chhabria |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Albertsons Companies, Inc. ("Albertsons") hereby joins in Defendant The Kroger Co.'s ("Kroger") Opposition to Plaintiffs' Motion for a Preliminary Injunction as to Count I, Plaintiffs' Clayton Act Section 7 claim regarding the proposed merger between Kroger and Albertsons, filed April 20, 2023 (ECF No. 53), set for hearing before the Court on May 18, 2023 at 10:00 a.m. in the courtroom of the Honorable Vince Chhabria, located at 450 Golden Gate Avenue, San Francisco, CA 94102, 17th Floor, Courtroom 5.

Dated:  April 20, 2023                              By: /s/Edward D. Hassi
                                                    Edward D. Hassi (*pro hac vice*)

                                                    John (Jay) Neukom (SBN 275887)
                                                    jneukom@debevoise.com
                                                    **DEBEVOISE & PLIMPTON LLP**
                                                    650 California Street
                                                    San Francisco, CA 94108
                                                    Telephone: (415) 738-5700

                                                    Edward D. Hassi (*pro hac vice*)
                                                    Leah S. Martin (*pro hac vice*)
                                                    thassi@debevoise.com
                                                    lmartin@debevoise.com
                                                    **DEBEVOISE & PLIMPTON LLP**
                                                    801 Pennsylvania Avenue, N.W.
                                                    Washington, DC 20004
                                                    Telephone: (202) 383-8000

                                                    Shannon R. Selden (*pro hac vice*)
                                                    J. Robert Abraham (*pro hac vice*)
                                                    srselden@debevoise.com
                                                    jrabraham@debevoise.com
                                                    **DEBEVOISE & PLIMPTON LLP**
                                                    66 Hudson Boulevard
                                                    New York, NY 10001
                                                    Telephone: (212) 909-6000

                                                    *Attorneys for Defendant Albertsons Companies, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 20, 2023, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-1 to accept that Notice as service of this document.


Dated:  April 20, 2023

                                                   */s/ Edward D. Hassi*
                                                   Edward D. Hassi (*pro hac vice*)