Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 175489)
David H. Seidel (State Bar No. 307135)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Email:  jsaveri@saverilawfirm.com
              swilliams@saverilawfirm.com
              czirpoli@saverilawfirm.com
              dseidel@saverilawfirm.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINE WHALEN, KATHERINE ARCELL, JOSE BRITO, JAN MARIE BROWN, ROSEMARY D'AUGUSTA, BRENDA DAVIS, PAM FAUST, CAROLYN FJORD, DON FREELAND, DONALD FRY, GABRIEL GARAVANIAN, HARRY GARAVANIAN, JOCELYN GARDNER, VALARIE JOLLY, MICHAEL MALANEY, LEN MARAZZO, LISA MCCARTHY, TIM NIEBOER, DEBORAH PULFER, BILL RUBINSOHN, SONDRA RUSSELL, JUNE STANSBURY, CLYDE STENSRUD, GARY TALEWSKY, PAM WARD,<br><br>Plaintiffs,<br>v.<br><br>KROGER CO., ALBERTSONS COMPANIES, INC., AND CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>Defendants. | Case No.: 23-cv-00459-VC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Joseph R. Saveri at the Joseph Saveri Law Firm no longer represents the Plaintiffs Christine Whalen, Katherine Arcell, Jose Brito, Jan Marie Brown, Rosemary D'Augusta, Brenda Davis, Pam Faust, Carolyn Fjord, Don Freeland, Donald Fry, Gabriel Garavanian, Harry Garavanian, Jocelyn Gardner, Valarie Jolly, Michael Malaney, Len Marazzo, Lisa McCarthy, Tim Nieboer, Deborah Pulfer, Bill Rubinsohn, Sondra Russell, June Stansbury, Clyde Stensrud, Gary Talewsky, Pam Ward and is hereby withdrawn as counsel for Plaintiffs. Mr. Saveri should be removed from the Court's service list with respect to this action. All future correspondence and papers in this action should continue to be directed to Joseph M. Alioto and Tatiana V. Wallace.

Dated: April 24, 2023                    Respectfully Submitted,

                                         JOSEPH SAVERI LAW FIRM, LLP

                                         By:   */s/ Joseph R. Saveri*
                                                   Joseph R. Saveri

                                         Joseph R. Saveri (State Bar No. 130064)
                                         Steven N. Williams (State Bar No. 175489)
                                         Cadio Zirpoli (State Bar No. 175489)
                                         David H. Seidel (State Bar No. 307135)
                                         **JOSEPH SAVERI LAW FIRM, LLP**
                                         601 California Street, Suite 1000
                                         San Francisco, California 94108
                                         Telephone: (415) 500-6800
                                         Email:  jsaveri@saverilawfirm.com
                                                 swillliams@saverilawfirm.com
                                                 czirpoli@saverilawfirm.com
                                                 dseidel@saverilawfirm.com

                                         *Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

              /s/ *Joseph R. Saveri*
                Joseph R. Saveri