Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900
Email:  jmalioto@aliotolaw.com

[Additional Counsel Listed on Last Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Whalen, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Kroger Co., Albertsons Companies, Inc., and Cerberus Capital Management, L.P., <br><br> Defendants. | Case No.:  23-cv-00459-VC <br><br> **DECLARATION OF LAWRENCE G. PAPALE IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO KROGER MOTION TO DISMISS** <br><br> Hearing Date: July 27, 2023 <br> Time: 10:00 AM <br> Place: Courtroom 4, 17th Floor <br> Judge: Honorable Vince Chhabria <br><br> Complaint Filed: February 2, 2023 |

1.  I, Lawrence G. Papale, declare as follows:

2.  I am an attorney for the Plaintiffs in this matter. I am licensed to practice in the State of California and in this federal district court. I submit my declaration in support of

1

Plaintiffs' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO KROGER'S MOTION TO DISMISS.

3. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

4. Attached to this Declaration are true and correct copies of the following charts:

- Exhibit A   Chart Showing Location of Albertsons and Kroger Stores by State, Source: thekrogerco.com/newsroom/state-facts, google.com and statista.com/statistics/1167508/Albertsons-operating-stores-by-state-us.

- Exhibit B:   Chart Showing Location of Kroger and Albertsons Stores Nationwide, Source: Kroger Investor Relations.

5. I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.   Dated this 11th day of May, 2023, at Saint Helena, California.

/Lawrence Papale/
Lawrence G. Papale