

Location of Kroger and Albertsons Stores Nationwide

Source: Kroger Investor Relations