John (Jay) Neukom (SBN 275887)
jneukom@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700

Edward D. Hassi (*pro hac vice*)
Leah S. Martin (*pro hac vice*)
thassi@debevoise.com
lmartin@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 383-8000

Shannon R. Selden (*pro hac vice*)
J. Robert Abraham (*pro hac vice*)
srselden@debevoise.com
jrabraham@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

*Attorneys for Defendant Albertsons Companies, Inc.*


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| Christine Whalen, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Kroger Co., Albertsons Companies, Inc., and Cerberus Capital Management, L.P.,<br><br>Defendants. | Case No. 3:23-CV-00459-VC<br><br>**SUPPLEMENTAL DECLARATION OF EDWARD D. HASSI IN SUPPORT OF DEFENDANT ALBERTSONS COMPANIES, INC.'S MOTION TO DISMISS**<br><br>Date:    July 27, 2023<br>Time:    10:00 a.m.<br>Place:    Courtroom 4 - 17th Floor<br>Judge:   Hon. Vince Chhabria |

I, Edward D. Hassi, declare as follows:

1. I am an attorney duly licensed to practice law in the District of Columbia and am admitted to practice *pro hac vice* in the District Court for the Northern District of California for purposes of the above-captioned matter.

2. I represent Albertsons Companies, Inc. ("Albertsons") in the above-captioned matter.

3. I submit this Supplemental Declaration in support of Albertsons' Motion to Dismiss.

4. Attached hereto as **Exhibit S** is a true and correct copy of Albertsons' Form 10-K for Fiscal Year 2022, filed with the Securities and Exchange Commission ("SEC") on April 25, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated:  May 25, 2023                    By:  */s/ Edward D. Hassi*

                                        Edward D. Hassi (*pro hac vice*)

Supplemental Decl. of Edward D. Hassi in Support of Def. Albertsons Companies, Inc.'s
Motion to Dismiss

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 25, 2023, the foregoing document and attachments thereto were filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-1. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-1 to accept that Notice as service of this document.

Dated:  May 25, 2023

*/s/ Edward D. Hassi*
Edward D. Hassi (*pro hac vice*)

Supplemental Decl. of Edward D. Hassi in Support of Def. Albertsons Companies, Inc.'s
Motion to Dismiss