DANIEL B. ASIMOW (SBN 165661)
Daniel.Asimow@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400

SONIA K. PFAFFENROTH (SBN 223984)
MATTHEW WOLF (admitted *pro hac vice*)
MICHAEL BERNSTEIN (admitted *pro hac vice*)
KOLYA D. GLICK (admitted *pro hac vice*)
Sonia.Pfaffenroth@arnoldporter.com
Matthew.Wolf@arnoldporter.com
Michael.Bernstein@arnoldporter.com
Kolya.Glick@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington, DC 20001
Telephone:   (202) 942-5000
Facsimile:   (202) 942-5999

Attorneys for Defendant, THE KROGER CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE WHALEN, *et al.*,<br>         *Plaintiffs*,<br><br>  v.<br><br>THE KROGER CO., ALBERTSONS COMPANIES, INC., and CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>         *Defendants*. | Case No. 3:23-cv-00459-VC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING CASE DEADLINES**<br><br>Hon. Vince Chhabria |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Christine Whalen, et al., ("Plaintiffs") and Defendants The Kroger Co., Albertsons Companies, Inc., and Cerberus Capital Management, L.P. ("Defendants") hereby stipulate through their respective counsel of record to extend the briefing dates for Defendants' anticipated Motions to Dismiss the Amended Complaint (ECF No. 93).

WHEREAS, Plaintiffs filed their First Amended Complaint Charging The Kroger Co.'s Acquisition of Albertsons as a Violation of Section 7 of the Clayton Antitrust Act, 15 U.S.C. § 18 (ECF No. 93) ("First Amended Complaint") on October 2, 2023,

WHEREAS, Defendants' Motions to Dismiss the First Amended Complaint would be due on October 16, 2023,

WHEREAS, the Court has scheduled a Status Conference for October 20, 2023 (ECF No. 92) ("Status Conference"),

WHEREAS, Defendants wish to have the benefit of any guidance the Court provides at the Status Conference before any Motions to Dismiss and related briefings are filed,

WHEREAS, extending the briefing schedule for the Motions to Dismiss would further the efficient disposition of this case by enabling the parties to address any issues raised by the Court at the Status Conference,

WHEREAS, Plaintiffs do not object to this extension,

NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE, subject to the Court's approval, to the following revision of the briefing schedule: (1) Defendants' Motions to Dismiss the First Amended Complaint are due on October 26, 2023, (2) Plaintiffs' Opposition to Defendants' Motions to Dismiss the First Amended Complaint are due on November 9, 2023, (3) Defendants' Replies in Support of Motions to Dismiss are due on November 16, 2023. The parties reserve the right to revisit this schedule in light of input received from the Court at the Status Conference.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: October 12, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 4 | | By: /s/ *Daniel B. Asimow* |
| | | DANIEL B. ASIMOW (SBN 165661) |
| 5 | | daniel.asimow@arnoldporter.com |
| | | Three Embarcadero Center, 10th Floor |
| 6 | | San Francisco, CA 94111 |
| | | Telephone: (415) 471-3100 |
| 7 | | Facsimile: (415) 471-3400 |
| 8 | | SONIA K. PFAFFENROTH (SBN 223984) |
| | | MATTHEW WOLF (*pro hac vice*) |
| 9 | | MICHAEL B. BERNSTEIN (*pro hac vice*) |
| | | sonia.pfaffenroth@arnoldporter.com |
| 10 | | matthew.wolf@arnoldporter.com |
| | | michael.b.bernstein@arnoldporter.com |
| 11 | | 601 Massachusetts Ave., N.W. |
| | | Washington, DC 20001 |
| 12 | | Telephone: (202) 942-5000 |
| | | Facsimile: (202) 942-5999 |
| 13 | | *Attorneys for Defendant, THE KROGER CO.* |
| 14 | | **DEBEVOISE & PLIMPTON LLP** |
| 15 | | By: /s/ *John Neukom* |
| | | JOHN (JAY) NEUKOM (SBN 275887) |
| 16 | | jneukom@debevoise.com |
| | | 650 California Street |
| 17 | | San Francisco, CA 94108 |
| | | Telephone: (415) 738-5700 |
| 18 | | |
| 19 | | EDWARD D. HASSI (*pro hac vice*) |
| | | LEAH S. MARTIN (*pro hac vice*) |
| 20 | | thassi@debevoise.com |
| | | lmartin@debevoise.com |
| 21 | | 801 Pennsylvania Avenue, N.W. |
| | | Washington, DC 20004 |
| | | Telephone: (202) 383-8000 |
| 22 | | SHANNON R. SELDEN (*pro hac vice*) |
| 23 | | J. ROBERT ABRAHAM (*pro hac vice*) |
| | | srselden@debevoise.com |
| 24 | | jrabraham@debevoise.com |
| | | 66 Hudson Boulevard |
| 25 | | New York, NY 10001 |
| | | Telephone: (212) 909-6000 |
| 26 | | *Attorneys for Defendant, ALBERTSONS COMPANIES, INC.* |
| 27 | | |
| 28 | | |

**DECHERT LLP**

By: */s/ Russel P. Cohen*
Russell P. Cohen (SBN 213105)
Joseph D. Trujillo (SBN 305170)
One Bush Street, Ste.1600
San Francisco, CA 94104-4446
Telephone: (415) 262-4500
Fax: (415) 262-4555

Andrew J. Levander (admitted *pro hac vice*)
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3500
Fax: (212) 698-3599

Thomas J. Miller (admitted *pro hac vice*)
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Fax: (215) 994-2222

*Attorneys for Defendant, CERBERUS CAPITAL MANAGEMENT, L.P.*

**ALIOTO LAW FIRM**

By:  /s/ Joseph M. Alioto
JOSEPH M. ALIOTO (SBN 42680)
jmalioto@aliotolaw.com
TATIANA V. WALLACE (SBN 233939)
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:    (415) 434-8900

**LAW OFFICES OF LAWRENCE G. PAPALE**
LAWRENCE G. PAPALE (SBN 67068)
lgpapale@papalelaw.com
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone:    (707) 963-1704

**THE VEEN FIRM**
JOSEPHINE ALIOTO (SNB 282989)
jalioto@veenfirm.com
20 Haight Street
San Francisco CA 94102
Telephone:    (415) 673-4800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NEDEAU LAW PC**
CHRISTOPHER A. NEDEAU (SBN 81297)
cnedeau@nedeaulaw.net
154 Baker Street
San Francisco, CA 94117-2111
Telephone:    (415) 516-4010

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

I, Daniel B. Asimow, am the ECF user whose user ID and password are being utilized to electronically file this STIPULATION AND [PROPOSED] ORDER SETTING CASE DEADLINES. Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: October 12, 2023

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Daniel B. Asimow*
    DANIEL B. ASIMOW

*Attorney for Defendant*
THE KROGER CO.

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

_____
THE HONORABLE VINCE CHHABRIA
United States District Judge