Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900
Email:  jmalioto@aliotolaw.com

[Additional Counsel Listed on Last Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Christine Whalen, et al., | Case No.:  23-cv-00459-VC |
|---|---|
| Plaintiffs, | **STATEMENT OF RECENT DECISION PURUSANT TO LOCAL RULE 7-3(d)(2)** |
| v. | |
| Kroger Co., Albertsons Companies, Inc., and Cerberus Capital Management, L.P., | Date:          October 20, 2023<br>Time:          10:00 AM<br>Judge:        Hon. Vince Chhabria |
| Defendants. | Complaint Filed: February 2, 2023 |

Pursuant to Northern District of California Civil Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision to bring to the Court's attention Judge William Young's recent decision in *Garavanian, et al. v. JetBlue Airways Corporation*, No 1:23-cv-10678-WGY (October 11, 2023 D. Mass.), ECF No. 310. Judge Young granted in part and denied in part a motion to for summary judgment filed by the Defendants in that case against a complaint asserting a similar Section 7 claim seeking to halt the merger of JetBlue Airways

1

PLAINTIFFS' STATEMENT OF RECENT DECISION

Corporation with Spirit Airlines. A true and correct copy of the decision is attached hereto as Exhibit A. The *JetBlue* decision concerns allegations similar to those at issue in the instant action as it relates to standing and is therefore relevant to issues raised in the Joint Status Report before the Court.

In addition, in order to provide context to the Massachusetts Court's decision, Plaintiffs have attached a true and correct copy of the transcript of the proceedings held at the hearing on the Motion for Summary Judgment in Boston and respectfully direct this Court's attention to the passage at page 9, line 24 of the transcript where, in reply to the argument that Plaintiff Garavanian was the only person who flew an affected route out of over 700 routes, Judge Young stated: "He only needs 1."

Dated:  October 19, 2023                Respectfully submitted:

By:    *s/ Joseph M. Alioto*
Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Josephine Alioto (SNB 282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102
Telephone: (415) 673-4800
Email: jalioto@veenfirm.com

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

*Attorneys for Plaintiffs*

PLAINTIFFS' STATEMENT OF RECENT DECISION