CHRISTOPHER A. NEDEAU (CBN: 81297)
NEDEAU LAW PC
154 Baker Street
San Francisco, CA  94117
T: (415) 516-4010
E: cnedeau@nedeaulaw.net

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE WHALEN, KATHERINE ARCELL, JOSE BRITO, JAN MARIE BROWN, ROSEMARY D'AUGUSTA, BRENDA DAVIS, PAM FAUST, CAROLYN FJORD, DON FREELAND, DONALD FRY, GABRIEL GARAVANIAN, HARRY GARAVANIAN, JOSECELYN GARDNER, VALARIE JOLLY, MICHAEL MALANEY, LEN MARAZZO, LISA MCCARTHY, TIM NIEBOER, DEBORAH PULFER, BILL RUBINSOHN, SONDRA RUSSELL, JUNE STANSBURY, CLYDE STENSRUD, GARY TALEWSKY, PAM WARD,<br><br>*Plaintiffs*<br><br>v.<br><br>KROGER CO., ALBERTSONS COMPANIES INC., AND CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>*Defendants*. | Case No. 3:23-cv-00459-VC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Christopher A. Nedeau of Nedeau Law PC submits this Notice of Withdrawal of Counsel for plaintiffs Bill Rubinsohn, Brenda Davis, Carolyn Fjord, Christine Whalen, Clyde Stensrud, Deborah Pulfer, Donald Fry, Don Freeland, Gabriel Garavanian, Gary Talewsky, Harry Garavanian, Jan-Marie Brown, Jocelyn Gardner, Jose Brito, June Stansbury, Katherine Arcell, Len Marazzo, Lisa McCarthy, Michael Malaney, Pam Faust, Pam Ward, Rosemary D'Augusta, Sondra Russell, Timothy Niebor, and Valerie Jolly. Mr. Nedeau also requests that his name be removed from all ECF service lists in this action. Plaintiffs remain represented by other counsel in this case, including Joseph M. Alioto, Sr.

October 27, 2023                                    Respectfully submitted,

*/s/ Christopher A. Nedeau*
Christopher A. Nedeau (CBN: 81297)
NEDEAU LAW PC
154 Baker Street
San Francisco, CA  94117
T: (415) 516-4010
E: cnedeau@nedeaulaw.net