Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900
Email:  jmalioto@aliotolaw.com

[Additional Counsel Listed on Last Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Christine Whalen, et al., | Case No.: 23-cv-00459-VC |
|---|---|
| Plaintiffs, | **STATEMENT OF RECENT DECISION** |
| v. | |
| Kroger Co., Albertsons Companies, Inc., and Cerberus Capital Management, L.P., | Judge:   Honorable Vince Chhabria |
| Defendants. | Complaint Filed: February 2, 2023 |

Pursuant to Local Rule 7-3 (d)(2), Plaintiffs file and serve the attached FINDINGS OF FACT AND CONCLUSIONS OF LAW filed on January 16, 2024, in support of Judge William Young's recent decision in *United States v. JetBlue Airways Corporation*, No. (January 16, 2024 D. Mass.), ECF No. 461 in which Judge Young, after plenary trial, permanently enjoined the merger of JetBlue Airways with Spirit Airlines pursuant to Section 7 of the Clayton Act.

1

A true and correct copy of the judge's decision is attached hereto as Exhibit A. This JetBlue decision concerns allegations similar to those at issue in the instant action as it relates to liability under Section 7 of the Clayton Act with regard to the acquisition of Albertsons by Kroger and is therefore relevant to issues raised herein.

Dated:  January 20, 2024                         Respectfully submitted:

                      By:     *s/ Joseph M. Alioto*
Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*


ADDITIONAL PLAINTIFFS COUNSEL:

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Josephine Alioto (SNB 282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102
Telephone: (415) 673-4800
Email: jalioto@veenfirm.com