Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900
Email:  jmalioto@aliotolaw.com

[Additional Counsel Listed on Last Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Whalen, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Kroger Co., Albertsons Companies, Inc., and Cerberus Capital Management, L.P.,<br><br>　　　　　Defendants. | Case No.: 23-cv-00459-VC<br><br>**STATEMENT OF RECENT FILING**<br><br>Judge:   Honorable Vince Chhabria<br><br>Complaint Filed: February 2, 2023 |

　　　　Pursuant to Local Rule 7-3 (d)(2), Plaintiffs file and serve this Statement of Recent Filing of the Complaint in the action styled *State of Colorado v. The Kroger Co., Albertsons Companies, Inc., and C&S Wholesale Grocers, LLC*, Case No. 2024CV30459, that was filed on February 14, 2024, in the District Court, City and County of Denver, Colorado, and attached hereto as Exhibit A.

1

PLAINTIFFS' STATEMENT OF RECENT FILING

Dated:  February 16, 2024               Respectfully submitted:


                                        By:     *s/ Joseph M. Alioto*
                                                Joseph M. Alioto (SBN 42680)
                                                Tatiana V. Wallace (SBN 233939)
                                                ALIOTO LAW FIRM
                                                One Sansome Street, Suite 3500
                                                San Francisco, CA 94104
                                                Telephone: (415) 434-8900
                                                Email: jmalioto@aliotolaw.com

                                                *Attorneys for Plaintiffs*


ADDITIONAL PLAINTIFFS COUNSEL:

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Josephine Alioto (SNB 282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102
Telephone: (415) 673-4800
Email: jalioto@veenfirm.com