**FILED**

APR 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: CHRISTINE WHALEN; et al.
_____

CHRISTINE WHALEN; et al.,

        Petitioners,

  v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

        Respondent,

ALBERTSONS COMPANIES, INC.; et al.,

        Real Parties in Interest.

No. 24-2086

D.C. No. 23-cv-00459-VC
Northern District of California,
San Francisco

ORDER

Before: BENNETT, R. NELSON, and MILLER, Circuit Judges.

Petitioners have not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition for a writ of mandamus is denied.

**DENIED.**