DANIEL B. ASIMOW (SBN 165661)
Daniel.Asimow@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400

SONIA K. PFAFFENROTH (SBN 223984)
MATTHEW WOLF (*admitted pro hac vice*)
MICHAEL BERNSTEIN (*admitted pro hac vice*)
KOLYA D. GLICK (*admitted pro hac vice*)
Sonia.Pfaffenroth@arnoldporter.com
Matthew.Wolf@arnoldporter.com
Michael.Bernstein@arnoldporter.com
Kolya.Glick@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington, DC 20001
Telephone:   (202) 942-5000
Facsimile:   (202) 942-5999

*Attorneys for Defendant THE KROGER CO.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Whalen, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>The Kroger Co., Albertsons Companies, Inc., and Cerberus Capital Management, L.P.,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-00459-VC<br><br>**DECLARATION OF DANIEL B. ASIMOW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND IN OPPOSITION TO PLAINTIFFS' MOTION TO LIFT STAY AND MOTION FOR SUMMARY JUDGMENT**.<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: Courtroom 4 – 17th Floor |

I, Daniel B. Asimow, declare, as follows:

1. I am over 18 years of age. I am a partner at the law firm Arnold & Porter Kaye Scholer LLP, counsel for Defendant The Kroger Co. ("Kroger") in this matter.

2. I have personal knowledge of the matters set forth in this declaration and am competent to testify about them. I submit this declaration in support of Kroger and Albertsons' Motion to Dismiss and Opposition to Plaintiffs' Motion to Lift Stay and Motion for Summary Judgment.

3. Attached as **Exhibit A** is a true and correct copy of a December 13, 2024 letter from Kroger's counsel to the Federal Trade Commission's ("FTC") Premerger Notification Office formally withdrawing Kroger's Premerger Notification and Report Form.

4. Attached as **Exhibit B** is a true and correct copy of a December 13, 2024 letter from the Albertsons Companies, Inc.'s counsel to the FTC's Premerger Notification Office formally withdrawing Albertsons Companies, Inc.'s Premerger Notification and Report Form.

5. Attached as **Exhibit C** is a true and correct copy of a December 16, 2024 Joint Motion to Dismiss filed by Kroger and Albertsons Companies, Inc. in *In the Matter of The Kroger Co. and Albertsons Companies, Inc.*, FTC Docket No. 9428.

6. Attached as **Exhibit D** is a true and correct copy of Albertsons Companies, Inc.'s SEC Form 8-K dated December 10, 2024.

7. Attached as **Exhibit E** is a true and correct copy of Kroger's SEC Form 8-K dated December 11, 2024.

8. Attached as **Exhibit F** is a true and correct copy of the public version of the Verified Complaint in *Albertsons Companies Inc. v. The Kroger Co.*, No. 2024-1276-LWW (Del. Ch. Dec. 14, 2024).

9. Attached as **Exhibit G** is a true and correct copy of a November 15, 2023 letter from Kroger's counsel to Plaintiffs' counsel enclosing documents submitted by Kroger to the FTC in response to the FTC's Second Request.

- 2 -

10. Attached as **Exhibit H** is a true and correct copy of a November 15, 2023 letter from Albertsons Companies, Inc.'s counsel to Plaintiffs' counsel enclosing documents submitted by Albertsons Companies, Inc. to the FTC in response to the FTC's Second Request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 24, 2024                  */s/ Daniel B. Asimow*
                                          Daniel B. Asimow