# EXHIBIT A

# Arnold & Porter

Michael B. Bernstein
+1 202.942.5227 Direct
Michael.B.Bernstein@arnoldporter.com

CONFIDENTIAL

December 13, 2024

**VIA EMAIL**

Permerger Notification Office
Bureau of Competition
Federal Trade Commission
Constitution Center Building
400 7th St., S.W., 5th Floor, Room 5301
Washington, D.C. 20024
*(premerger@ftc.gov)*

Department of Justice
Antitrust Division
Premerger and Division Statistics Unit
450 Fifth Street, N.W.
Suite 1100
Washington, DC 20530-0001
*(premerger@usdoj.gov)*

Re:    Transaction File No. 231-0004 – Acquisition by The Kroger Co. of Albertsons Companies, Inc.

Dear Sir or Madam:

Please be advised that our client, The Kroger Co., hereby withdraws the above-referenced Notification and Report Form pursuant to 16 C.F.R. § 803.12, effective December 12, 2024.

Please contact me at (202) 942-5227 if you have any questions.

Sincerely

Michael B. Bernstein