# EXHIBIT B



Debevoise & Plimpton LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
+1 202 383 8000

December 13, 2024

Premerger Notification Office
Bureau of Competition
Federal Trade Commission
Constitution Center Building
400 7th St., S.W., 5th Floor, Room 5301
Washington, D.C.  20024
*(premerger@ftc.gov)*

Department of Justice
Antitrust Division
Premerger and Division Statistics Unit
450 Fifth Street, N.W.
Suite 1100
Washington, DC 20530-0001
*(premerger@usdoj.gov)*

**Premerger Notification and Report Form: Acquired Person**

**Transaction File No. 231-0004**

**Acquisition by The Kroger Company of Albertsons Companies, Inc.**

Dear Sir or Madam:

Please be advised that our client, Albertsons Companies, Inc., hereby withdraws the above-referenced Notification and Report Form pursuant to 16 C.F.R. § 803.12, effective December 12, 2024.

Please contact me at (202) 383-8135 if I can be of any assistance.

Sincerely,

Edward D. Hassi

www.debevoise.com