# EXHIBIT G

# Arnold & Porter

Sonia Kuester Pfaffenroth
+1 202.942.6831 Direct
Sonia.Pfaffenroth@arnoldporter.com

**CONFIDENTIAL**

November 15, 2023

**VIA EMAIL AND FEDEX**

Joseph M. Alioto
Alioto Law Firm
One Sansome Street, 35th Floor
San Francisco, CA 94104
jmalioto@aliotolaw.com

Re: <u>Whalen v. Kroger Co., No. 3:23-cv-00459-VC (N.D. Cal.)</u>

Dear Counsel:

In response to the Court's order (ECF No. 103), enclosed please find the documents submitted by The Kroger Co. ("Kroger") to the U.S. Federal Trade Commission ("FTC") in response to the Request for Additional Information and Documentary Material issued to Kroger on December 5, 2022 related to Kroger's proposed acquisition of Albertsons ("Second Request").

This production is comprised of two parts:

(1) the 26 volumes of documents submitted to the FTC in response to the Second Request, along with one overlay volume of de-privileged documents; and

(2) the narrative responses and the exhibits and non-custodial documents supporting those narrative responses submitted to the FTC in response to the Second Request.

The first part of the production is on encrypted hard drives and has been sent via FedEx by our eDiscovery vendor, KLDiscovery, to the name and address specified in Lawrence Papale's November 14, 2023 email. The following chart provides the volume name and Bates range associated with each volume included in the first part of this production.

# Arnold & Porter

November 15, 2023
Page 2

| Volume | Beginning Bates Number | End Bates Number |
|---|---|---|
| KRPROD_001 | KRPROD-FTC-2R-000000001 | KRPROD-FTC-2R-001085094 |
| KRPROD_002 | KRPROD-FTC-2R-001085095 | KRPROD-FTC-2R-002576548 |
| KRPROD_003 | KRPROD-FTC-2R-002576549 | KRPROD-FTC-2R-003958825 |
| KRPROD_004 | KRPROD-FTC-2R-003958826 | KRPROD-FTC-2R-004449400 |
| KRPROD_005 | KRPROD-FTC-2R-004449401 | KRPROD-FTC-2R-004887725 |
| KRPROD_006 | KRPROD-FTC-2R-004887726 | KRPROD-FTC-2R-005528742 |
| KRPROD_007 | KRPROD-FTC-2R-005528743 | KRPROD-FTC-2R-006207837 |
| KRPROD_008 | KRPROD-FTC-2R-006207838 | KRPROD-FTC-2R-010832714 |
| KRPROD_009 | KRPROD-FTC-2R-010832715 | KRPROD-FTC-2R-012199997 |
| KRPROD_010 | KRPROD-FTC-2R-012199998 | KRPROD-FTC-2R-014935657 |
| KRPROD_011 | KRPROD-FTC-2R-014935658 | KRPROD-FTC-2R-015694833 |
| KRPROD_012 | KRPROD-FTC-2R-015694834 | KRPROD-FTC-2R-016846864 |
| KRPROD_013 | KRPROD-FTC-2R-016846865 | KRPROD-FTC-2R-017632843 |
| KRPROD_014 | KRPROD-FTC-2R-017632844 | KRPROD-FTC-2R-018762612 |
| KRPROD_015 | KRPROD-FTC-2R-018762613 | KRPROD-FTC-2R-020226285 |
| KRPROD_016 | KRPROD-FTC-2R-020226286 | KRPROD-FTC-2R-021846974 |
| KRPROD_017 | KRPROD-FTC-2R-021846975 | KRPROD-FTC-2R-021881818 |
| KRPROD_018 | KRPROD-FTC-2R-021881819 | KRPROD-FTC-2R-023802268 |
| KRPROD_019 | KRPROD-FTC-2R-023802269 | KRPROD-FTC-2R-023846255 |
| KRPROD_020 | KRPROD-FTC-2R-023846256 | KRPROD-FTC-2R-026530885 |
| KRPROD_021 | KRPROD-FTC-2R-026530886 | KRPROD-FTC-2R-027055001 |
| KRPROD_022 | KRPROD-FTC-2R-027055002 | KRPROD-FTC-2R-027395610 |
| KRPROD_023 | KRPROD-FTC-2R-027395611 | KRPROD-FTC-2R-027408461 |
| KRPROD_024 | KRPROD-FTC-2R-027408462 | KRPROD-FTC-2R-028261301 |
| KRPROD_025 | KRPROD-FTC-2R-028261302 | KRPROD-FTC-2R-028463778 |
| KRPROD_026 | KRPROD-FTC-2R-028463779 | KRPROD-FTC-2R-028469742 |
| KRPROD_OVERLAY_002 | N/A | N/A |

The password for the first part of the production is 78669540.

The second part of this production has been sent via Fedex to the name and address specified in Lawrence Papale's November 14, 2023 email, in part by Arnold & Porter and in part by Kroger's retained economic consultants at Compass Lexecon. Arnold & Porter has sent one encrypted hard drive containing all of Kroger's narrative responses to the Second Request and the exhibits and non-custodial documents submitted by Kroger in response to Second Request Specifications 1, 5, 17, 23, 27-28, 33-34, 45, 52, 55, 61,

# Arnold & Porter

November 15, 2023
Page 3

63-64, 66, 71-72, 75, 77-78, and 80-81.  Compass Lexecon has sent two encrypted hard drives containing the exhibits submitted by Kroger in response to Second Request Specifications 2-4, 6, 9-12, 14-16, 24-25, 41-43, 48-49, and 53.

The password for the second part of the production is HCF=&jBw/oiF6t4^.

If any privileged or protected materials are included in this production, that disclosure was inadvertent and is not a waiver of any claim of privilege or protection.  Should you find any privileged or protected materials in this production, please notify us and refrain from viewing any such material.

We are producing the documents and information contained in this production subject to the Protective Order entered in this matter (ECF No. 82).  All the documents and information included in this production have been designated "HIGHLY CONFIDENTIAL" under the Protective Order.  In the interest of time, given the millions of pages included herein, the documents and information in this production retain the confidentiality stamp with which they were produced to the FTC in response to the Second Request, typically a "CONFIDENTIAL" stamp.  However, many of the documents included in this production contain "HIGHLY CONFIDENTIAL" information as defined in the Protective Order; accordingly, we reserve the right to restamp any document previously stamped "CONFIDENTIAL" as "HIGHLY CONFIDENTIAL" in whole or in part.  We request that Plaintiffs consult with us before disclosing any document in this production to any person not entitled to review "HIGHLY CONFIDENTIAL" documents under the Protective Order.

We also take this opportunity to emphasize the importance of maintaining the confidentiality of the documents and information in this production.  This production contains highly sensitive information, the disclosure of which could cause irreparable harm to Kroger's business.  Please be aware that Kroger reserves all right and remedies, including seeking damages from Plaintiffs' counsel, in the event of an unauthorized disclosure in violation of the Protective Order.

Sincerely,

*Sonia K. Pfaffenroth*

Sonia Pfaffenroth

# Arnold & Porter

November 15, 2023
Page 4

Enclosures (via FedEx)

CC:	Lawrence Papale (lgpapale@papalelaw.com)
	Tatiana Wallace (twallace@aliotolaw.com)
	Josephine Alioto (jalioto@veenfirm.com)